IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:21-cv-95-ECM |
| | ) |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is the parties' status report (doc. 16) filed on July 7, 2021, in which the parties advise the Court that they have reached a settlement of the issues in this case. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Each party shall bear their own costs.

Done this 16th day of July, 2021.

                      /s/Emily C. Marks
                      EMILY C. MARKS
                      CHIEF UNITED STATES DISTRICT JUDGE